UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| MAHMOUD AWAD HUSSEIN | CASE NUMBER: 04-35948 |
| SSN: xxx-xx-6405 | CHAPTER 13 |
| Debtor | |

**NOTICE TO GREAT SENECA FINANCIAL
THAT $0.60 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Great Seneca Financial, creditor herein, and deposits $0.60 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Great Seneca Financial was:

   702 King Farm Blvd, #500
   Two Irvington Centre
   Rockville, MD 20850

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: _____

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on _____

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): Mahmoud A. Hussein, 744 N. Notre Dame Avenue, South Bend, IN 46617
Creditor: Great Seneca Financial, 702 King Farm Blvd., #500, Two Irvington Centre, Rockville, MD 20850

By electronic CM/ECF email to the following:

Debtor's Attorney: Henry Hart
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson